**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TIFFANY A. PACHECO,**

      **Plaintiff,**

-vs-                                                                       Case No. 6:09-cv-855-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

# ORDER

This cause comes before the Court on the Report and Recommendation regarding the Appeal of the final decision of the Commissioner of Social Security denying Plaintiff's application for benefits.

On April 21, 2010, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the decision be reversed and remanded. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The final decision of the Commissioner of Social Security denying Plaintiff's application for benefits is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for rehearing. The Clerk is directed to enter judgment in favor of the Plaintiff and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 11th day of May, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE